# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALVIN RUSSEL RENTSCH,
                Appellant,

vs.

AMY MARIE CAVANAUGH,
                Respondent.

No. 81646

**FILED**

MAR 19 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order deferring ruling on appellant's motion to modify child support, finding appellant in contempt, and concluding that respondent is entitled to attorney's fees in an amount to be determined. Second Judicial District Court, Family Court Division, Washoe County; Sandra A. Unsworth, Judge.

This court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because it appeared that the challenged order may not be substantively appealable. Appellant has now filed a motion to voluntarily dismiss this appeal. Cause appearing, the motion is granted and this appeal is dismissed.

It is so ORDERED.

_____, C.J.

cc:    Hon. Sandra A. Unsworth, District Judge, Family Court Division
        Shawn B. Meador, Settlement Judge
        Bittner Legal LLC
        Viloria, Oliphant, Oster & Aman L.L.P.
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

21-08026